UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                        Case No. 2:17-cr-33
                                        HON. PAUL L. MALONEY

Jeremy Lee Heinkel,

          Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on September 21, 2017, for an initial appearance and arraignment on the Indictment charging him with 1 count of Assault Resulting in Serious Bodily Injury. The government concurred with pre-trial services request that defendant be detained pending further proceedings. Defendant is currently serving a state court sentence and reserved the right to request a hearing when he is released from that sentence.

      IT IS HEREBY ORDERED that defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                  */s/ Timothy P. Greeley*
                                                  TIMOTHY P. GREELEY
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2017