UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

v.                                                   Case No. 2:17-cr-33
                                                 HON. ROBERT J. JONKER

Jeremy Lee Heinkel

            Defendant.
_____/

## REPORT AND RECOMMENDATION

      Defendant is charged with one count of Assault Resulting in Serious Bodily Injury.  Parties have filed a trial stipulation (ECF #28) within which defendant requests a trial by jury on the sole issue of whether the injury to the victim qualifies as serious bodily injury.

      This Court held a hearing on that matter on January 24, 2018.  For reasons stated on the record and pursuant to defendant's signed waiver of jury trial submitted at the time of the hearing (ECF #33), the undersigned recommends that the waiver of jury trial be accepted and this case proceed to a bench trial before Hon. Robert J. Jonker.

      NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court by **January 31, 2018**. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); W.D. MICH. LCIVR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *see also Thomas v. Arn*, 474 U.S.140 (1985).

                                                                                 */s/ Timothy P. Greeley*            .
                                                                                 TIMOTHY P. GREELEY
                                                                                 UNITED STATES MAGISTRATE JUDGE

Dated:  January 24, 2018