UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 2:17-CR-33

v.

HON. ROBERT J. JONKER

JEREMY LEE HEINKEL,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 35) is approved and adopted as the opinion of the Court.

2. Defendant's waiver of jury trial (ECF No. 33) is accepted, and the case shall proceed to a bench trial before the undersigned on **February 9, 2018 at 9:00 a.m.** pursuant to Rule 23 of the Federal Rules of Criminal Procedure. Counsel and defendant shall be present in the courtroom at 8:00 a.m. on February 9 in order to discuss preliminary matters prior to trial.

Date:   February 1, 2018            /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE