UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEREMY LEE HEINKEL,

        Defendant.

_____/

Case No. 2:17-cr-33

Hon. Robert J. Jonker
Chief U.S. District Judge

## REPORT AND RECOMMENDATION

On January 12, 2022, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging thirteen violations of the defendant's conditions of supervised release.

An initial appearance was conducted on January 14, 2022, at which time the defendant was given time to determine if a preliminary hearing and/or a revocation hearing were necessary.

On March 2, 2022, the parties appeared before the undersigned for a revocation hearing after Defendant filed a written waiver of his right to appear before a district judge. Thereafter, the defendant admitted to violations #1, 2, 3, 4, 11, 13, and 14 as set forth in the petition.

On the basis of the record made at the hearing, I find:

1. that Defendant is fully capable and competent to enter the informed admissions;

2. that the admissions are made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's admissions are made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement;

4. that the Defendant understands the nature of the violations and the penalties provided by law; and

5. that the admissions have a sufficient basis in fact.

I therefore recommend that Defendant's admissions be accepted, and that the court find Defendant violated the conditions of his supervised release.

Date:   March 7, 2022                    /s/ *Maarten Vermaat*
                                                          MAARTEN VERMAAT
                                                          UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. Mich. LCrR 11.1