UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEREMY LEE HEINKEL,

        Defendant.
_____/

Case No. 2:17-cr-33

Hon. Robert J. Jonker
Chief U.S. District Judge

## ORDER OF DETENTION

Defendant Jeremy Lee Heinkel appeared before the undersigned by on March 7, 2022, for hearing on his motion to be released from custody to in-patient treatment pending sentencing on five violations of supervised release.

For reasons stated on the record at that hearing, and pursuant to Fed. R. Crim. P. 32.1(a)(6), the Court respectfully DENIES Defendant's motion for release on bond pending sentencing on the supervised release violations. Defendant will remain detained pending further proceedings.

IT IS ORDERED.

Date:  March 7, 2022                    /s/ *Maarten Vermaat*
                                                      MAARTEN VERMAAT
                                                     U.S. MAGISTRATE JUDGE