UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

CASE NO. 2:17-cr-33

v.

HON. ROBERT J. JONKER

JEREMY LEE HEINKEL,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 80) is approved and adopted as the opinion of the Court.

2. Defendant's admission of guilt to Violations 1, 2, 3, 4, 11, 13 and 14 of the terms of his supervised release is accepted and defendant is adjudicated guilty of the these violations as set forth in the probation petition.

3. Defendant shall remain detained pending sentencing on May 31, 2022.

Dated:    April 4, 2022        /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        CHIEF UNITED STATES DISTRICT JUDGE