UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEREMY LEE HEINKEL,

        Defendant.
_____/

Case No. 2:17-cr-33

Hon. Robert J. Jonker
U.S. District Judge

## ORDER

This order addresses Defendant Heinkel's motion to be released on bond pending resolution of the supervised release violations set forth in the Amended Petition issued by U.S. Probation on April 14, 2023. Pursuant to Fed. R. Crim. P. 32.1(a)(6), Defendant bears the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. For the reasons stated on the record, the Court finds that Defendant has not met his burden. Accordingly, Defendant Heinkel shall remain detained pending resolution of the supervised release violations set forth in the Amended Petition issued by U.S. Probation on April 14, 2023.

IT IS SO ORDERED.

Dated: April 18, 2023

                                          /s/ *Maarten Vermaat*
                                          MAARTEN VERMAAT
                                          U.S. MAGISTRATE JUDGE